**Linda J. Larkin**, OSB# 792954
E-mail: linda@bennetthartman.com
**BENNETT HARTMAN, LLP**
210 SW Morrison Street, Suite 500
Portland, OR 97204-3149
Telephone: 503-227-4600
Facsimile: 503-248-6800
Of Attorneys for All Plaintiffs

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF OREGON

PORTLAND DIVISION

| | |
|---|---|
| TIMOTHY J. GAUTHIER AND GARTH BACHMAN, TRUSTEES OF THE OREGON AND SOUTHWEST WASHINGTON NECA-IBEW ELECTRICAL WORKERS AUDIT COMMITTEE,<br><br>Plaintiffs,<br><br>vs.<br><br>VITRO ELECTRIC, LLC,<br><br>Defendant. | Civil No. 3:19-cv-01279-BR<br><br>ORDER OF DISMISSAL WITHOUT PREJUDICE |

THIS MATTER comes before the Court upon the Motion of the Plaintiffs, through their attorney, Linda J. Larkin, that the above entitled action be dismissed in its entirety without prejudice and without costs to either party.

ORDER OF DISMISSAL WITHOUT PREJUDICE                    PAGE 1 of 3

IT IS HEREBY ORDERED that the above entitled action be and the same hereby is dismissed in its entirety without prejudice and without costs to either party.

DATED this 12th day of December, 2019.

*Anna J Brown*

The Honorable Judge Brown
United States District Judge